IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

David R. Sutherland
Christine L. Sutherland
      Debtors

Bankruptcy No. 07-72024
Judge Manuel Barbosa
Chapter: 13

## STATEMENT OF OUTSTANDING OBLIGATIONS

NOTICE IS HEREBY GIVEN that the Debtors have the following outstanding mortgage obligations, filed in response to the Trustee's Notice of Cure of All Pre-Petition Obligation:

Monthly Mortgage Payments
  5/28/2011 through 6/28/2011 at $710.94 each      $1,421.88
HSBC Claim No.29-01 Balance      2,726.20

TOTAL DEFAULT      $4,148.08

## CERTIFICATE OF SERVICE

TO: David R. Sutherland, 1719 Sexton Drive, Rockford, IL 61108
   Christine L. Sutherland, 1719 Sexton Drive, Rockford, IL 61108
   Jeffry A. Dahlberg, 5130 N. Second St., Loves Park, IL 61111
   Lydia Meyer, P.O. Box 14127, Rockford, IL 61105
   U.S. Trustee's Office, U.S. Trustee's Office, Suite 304, 780 Regent St., Madison, WI 53715

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this notice of default to the parties listed above on July 6, 2011, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606. The remaining parties were served by this Court's CM/ECF electronic noticing system.

      /s/ Andrew E. Houha
      Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE**