IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

David R. Sutherland
Christine L. Sutherland
           Debtors

Bankruptcy No. 07-72024
Judge Manuel Barbosa
Chapter: 13

## NOTICE OF STATEMENT OF OUTSTANDING OBLIGATIONS

     NOTICE IS HEREBY GIVEN, that HSBC Mortgage Services, Inc., hereby agrees with the August 3, 2012, Notice of Final Cure Payment and Completion of Plan Payments served upon HBC Mortgage Services, by the Trustee. In response, HSBC Mortgage Services hereby states the following:

1. HSBC Mortgage Services hereby considers any default listed in claim 6-1 to be fully paid and cured.
2. HSBC Mortgage Services declares that at this time the Debtor is current on post petition payments.

     /s/ Andrew E. Houha
     Andrew E. Houha, ARDC #6216265
     Attorney for HSBC Mortgage Services

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

In the Bankruptcy Matter of:

David R. Sutherland
Christine L. Sutherland
               Debtors

Bankruptcy No. 07-72024
Judge Manuel Barbosa
Chapter: 13

## CERTIFICATE OF MAILING

TO:   David R. Sutherland, 1719 Sexton Drive, Rockford, IL 61108
       Christine L. Sutherland, 1719 Sexton Drive, Rockford, IL 61108
       Lydia Meyer, P.O. Box 14127, Rockford, IL 61105
       Jeffry A. Dahlberg, 5130 N. Second St., Loves Park, IL 61111
       U.S. Trustee's Office, U.S. Trustee's Office, Suite 304, 780 Regent St., Madison, WI 53715

I, Andrew E. Houha, an attorney, certify that I caused to be mailed copies of this Notice of Outstanding Obligations to the Debtors on August 24, 2012, postage prepaid by depositing the same in the U.S. Mail at 230 W. Monroe St., Chicago, IL 60606.  The remaining parties were served by this Court's CM/ECF electronic noticing system.

                         /s/ Andrew E. Houha
                         Andrew E. Houha,  IL ARDC #6216265

Andrew E. Houha
Johnson, Blumberg, & Associates, LLC
230 W. Monroe Street, Suite 1125
Chicago, Illinois 60606
Ph. 312-541-9710
Fax 312-541-9711

**NOTICE:**
THIS LAW FIRM IS ATTEMPTING TO COLLECT A DEBT AND ANY
INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE